## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

October 19, 2023

The Honorable Colm F. Connolly
Chief, United States District Judge
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *Scott Florcsk v. Unstoppable Domains Inc.*, C.A. No. 22-1230-CFC

Dear Chief Judge Connolly,

    I write on behalf of Defendant Unstoppable Domains, Inc. in response to the letter earlier today from Plaintiff Scott Florcsk requesting a Rule 16 Scheduling Conference in this matter (D.I. 26).

    Unstoppable Domains believes that a Scheduling Conference at this time would be premature and a waste of the Court's and the parties' resources in view of the pending motion to dismiss Mr. Florcsk's unfair competition and antitrust claims (D.I. 17). The Court's resolution of that motion will have a significant impact on the scope of the issues in this case and, relatedly, the dates and discovery limits of a Scheduling Order.

    Counsel for Unstoppable Domains are available at the Court's convenience to discuss the status of this case.

                      Respectfully,

                      Michael J. Flynn (#5333)
                      *Counsel for Unstoppable Domains, Inc.*

cc:    All counsel of record (via CM/ECF and email)