IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT FLORCSK, | |
| Plaintiff, | |
| v. | Civil Action No. 22-1230-CFC |
| UNSTOPPABLE DOMAINS INC., | |
| Defendant. | |

## ORDER

At Wilmington on this Eighth day of February in 2024:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (D.I. 17) is **GRANTED** and Counts II and III of the First Amended Complaint are **DISMISSED**.

_____
CHIEF JUDGE