**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Bindu A. Palapura
Partner
bpalapura@potteranderson.com
D 302.984.6092

February 9, 2024

**VIA ELECTRONIC FILING**

The Honorable Colm F. Connolly
United States District Court
   For the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   *Scott Florcsk v. Unstoppable Domains Inc.*, C.A. No. 22-1230-CFC

Dear Chief Judge Connolly:

    I write on behalf of Plaintiff Scott Florcsk ("Florcsk") in response to Defendant Unstoppable Domains Inc.'s ("Unstoppable") February 1, 2024 letter (D.I. 36).

    Florcsk does not believe that mediation will be productive at this early stage of the litigation. Florcsk communicated his position to Unstoppable prior to Unstoppable's letter submission. Florcsk respectfully submits that the parties should have an opportunity to conduct discovery and assess the strengths and weaknesses of each other's positions prior to mediation. As such, Florcsk respectfully requests that the Court deny as premature Unstoppable's request.

    Respectfully,

    */s/ Bindu A. Palapura*

    Bindu A. Palapura

BAP:nmt/11318220

cc:   Counsel of Record (via electronic mail)