IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT FLORCSK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1230 (CFC) |
| | ) |
| UNSTOPPABLE DOMAINS INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for Defendant Unstoppable Domains Inc. to file its answer to Plaintiff's First Amended Complaint (D.I. 14) shall be extended to February 29, 2024.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ David E. Moore | /s/ Michael J. Flynn |
| David E. Moore (#3983) | Jack B. Blumenfeld (#1014) |
| Bindu A. Palapura (#5370) | Michael J. Flynn (#5333) |
| Hercules Plaza, 6th Floor | 1201 North Market Street |
| 1313 N. Market Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 984-6000 | (302) 658-9200 |
| dmoore@potteranderson.com | jblumenfeld@morrisnichols.com |
| bpalapura@potteranderson.com | mflynn@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

February 21, 2024

**IT IS SO ORDERED**, this __22nd__ day of February, 2024.

_____
Chief, United States District Judge