# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT FLORCSK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1230-CFC |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| UNSTOPPABLE DOMAINS INC., ) | |
| ) | |
| Defendant. ) | |

## SCOTT FLORCSK'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(2), and timely on the Court's deadline to move for leave to amend the pleadings (D.I. 31, ¶ 2), Plaintiff Scott Florcsk ("Florcsk") respectfully moves for leave to file a Second Amended Complaint. The grounds for this motion are set forth in Mr. Florcsk's Opening Brief and supporting papers filed herewith.

Pursuant to D. Del. LR 15.1, attached hereto is a copy of Mr. Florcsk's proposed Second Amended Complaint (Exhibit A) and a redline comparison between Mr. Florck's Second Amended Complaint and the First Amended Complaint (D.I. 114) (Exhibit B). A proposed order, with signature, is also attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | David E. Moore (#3983) |
| Eugene Rome | Bindu A. Palapura (#5370) |
| Sridavi Ganesan | Andrew L. Brown (#6766) |
| ROME LLP | Hercules Plaza, 6th Floor |
| 2029 Century Park East, Suite 450 | 1313 N. Market Street |
| Los Angeles, CA 90067 | Wilmington, DE 19801 |
| Tel: (310) 282-0690 | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
|  | abrown@potteranderson.com |
| Dated: April 1, 2024 | *Attorneys for Plaintiff Scott Florcsk* |
| 11421105 / 22478.00002 |  |