IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT FLORCSK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1230 (CFC) |
| | ) |
| UNSTOPPABLE DOMAINS INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT UNSTOPPABLE DOMAINS INC.'S
MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1)**

Defendant Unstoppable Domains Inc. respectfully moves to dismiss Plaintiff Scott Florcsk's claim for a declaratory judgment of non-infringement (First Claim for Relief) under Fed. R. Civ. P. 12(b)(1) in view of a Covenant Not to Sue provided by Unstoppable. The grounds for this motion are set forth in Defendant's opening brief filed herewith. A proposed order is attached.

OF COUNSEL:

Margret Caruso
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Flr.
Redwood Shores, CA 94065
(650) 801-5000

Luke Nikas
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Flr.
New York, NY 10010
(212) 849-7000

Sean S. Pak
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Flr.
San Francisco, CA 94111
(415) 875-6600

Adam B. Wolfson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000

April 1, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT FLORCSK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1230 (CFC) |
| | ) |
| UNSTOPPABLE DOMAINS INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS**

The Court, having considered Defendant's motion to dismiss Plaintiff's claim for a declaratory judgment of non-infringement (First Claim for Relief) under Fed. R. Civ. P. 12(b)(1) and the related briefing and arguments of the parties,

IT IS HEREBY ORDERED, this ___ day of _____, that Defendant's motion is GRANTED.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Scott Florcsk* | *VIA ELECTRONIC MAIL* |
| Eugene Rome, Esquire<br>Sridavi Ganesan, Esquire<br>ROME & ASSOCIATES, A.P.C.<br>2029 Century Park East, Suite 450<br>Los Angeles, CA  90067<br>*Attorneys for Scott Florcsk* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)